UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case: 1:25−mj−00244 |
| : | Assigned To : Upadhyaya, Moxila A. |
| **MARSHALL DAY** : | Assign. Date : 10/10/2025 |
| : | Description: COMPLAINT W/ARREST WARRANT |
| **Defendant.** : | |
| : | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bryan Mancuso, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging MARSHALL DAY with Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b). Specifically, on or about October 10, 2025, MARSHALL DAY (hereinafter "DAY") traveled from Maryland to the District of Columbia with the intention of engaging in sexual conduct with a 9-year-old girl.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn therefrom.

**AFFIANT BACKGROUND**

4. Your affiant, Detective Bryan Mancuso, has been a sworn member of the Metropolitan Police Department of the District of Columbia (hereinafter "MPDC") since 2008, and is currently a Detective assigned to the Federal Bureau of Investigation ("FBI") and the Metropolitan Police Department's Child Exploitation Task Force. Your Affiant has investigated sexual offenses involving children since 2014, as a Task Force Officer ("TFO"). Your Affiant is responsible for investigating internet crimes against children such as the production or distribution of child pornography, as well as for investigating allegations of commercial sex trafficking of children and has been deputized as a federal law enforcement officer by the United States Marshal Services. Throughout my career, your Affiant has received specialized training regarding sexual abuse of children, sexual assaults, and sex trafficking. Your Affiant has gained expertise in conducting such investigations through formal training and on-the-job training with more experienced agents. Your Affiant has received training and experience in interviewing and interrogation techniques, arrest procedures, and a variety of investigative tools available to law enforcement officers. Your Affiant has previously sworn to and obtained search warrants in Superior Court and the District Court of the District of Columbia which have led to the recovery of evidence and arrests of criminal offenses. As a Task Force Officer with the FBI, I am authorized to execute warrants issued under the authority of the United States.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6.  Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) (hereafter, the "TARGET OFFENSE") have been committed by DAY.

## PROBABLE CAUSE

7.  On Wednesday, October 8, 2025, an FBI Task Force Officer (TFO) working with the Washington Field Office was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a fetish website. Different areas of this site are known to the UC as places where people meet, discuss, and trade original images of underage children, links containing child pornography. The UC posted a group message to the website stating that he was a 39-year-old single dad of a young daughter and that he was "open-minded." On October 8, 2025, a user with the screen name "KingDaddy89" and stating his location to be Largo, MD, later identified as Marshall Day, initiated a private message chat with the UC within the fetish website.

8.  The following is the chat between DAY and the UC on the fetish website on October 8, 2025:

> KingDaddy89: "How's it going? If you have a woman who's down for mfm.[1] I'm down to join. Let me know if you have someone or think you can find someone."
>
> UC: "Where else do you like to chat"
>
> KingDaddy89: "Telegram or KIK. Which one works for u?"
>
> UC: "Telegram"

---

[1] 'Mfm' stands for 'male-female-male,' i.e. sexual activity with two males and one female.

KingDaddy89: "Cool what's… ur name on there?"

UC: "@PervyRob what's yours so I know it's you"

KingDaddy89: "Im @KINGDADDY89 on telegram"

9. On Wednesday, October 8, 2025, the UC sent a message on Telegram to @KINGDADDY89, which used the screen name "Mike LeRoy," stating, "Hey it's Rob". The user responded, "Hey" "Im down for mfm or whatever u might be able to put together." The following is a portion of the text messages sent between the UC and DAY:

UC: "What kind of limits do you have, and are you in a taboo because I have a girl in my life"

DAY: "Im very much into taboo (devil emoji). No real hard limits"

UC: "I think we may like minded"

DAY: "I think so as well. When are you looking to have some fun? What are your limits with the girl in your life"

UC: "Absolutely no violence and no anal yet"

DAY: "I can respect that (100% emoji) Any pics? Free tonight?"

The UC then sent a photograph showing a young girl lying on her stomach in pajamas watching television. DAY responded with a 'fire' emoji.

UC: "Unfortunately not free tonight"

DAY: "When are you free?" "I would like to plan something asap"

UC: "She's with her mom today and tomorrow maybe Friday during day if you want"

DAY: "Ok thay works." "What area do you live in"

10. As the chat continued, the UC asked DAY, "Don't want it to be weird Friday so I want to make sure age is not going to be an issue," and DAY replied, "It won't be weird. Its not an

issue for me." The UC stated to DAY, "Ok and she's 9 and when we play it's more like a game you cool with that?" DAY replied, "Yeah. How does the game usually go? So I know exactly what to do or say." The UC responded, "Awesome usually tickling then move forward from there what would want to do? How far?" DAY responded, "How far has she gone" and the UC replied, "Loves oral and she rides me." DAY responded back, stating, "Nice I love oral".

11. During the chat, DAY asked the UC "Are you, or are you affiliated with law enforcement? This isn't some type of set up, is it?" The UC responded, "Fuck no I'm not". The UC then sent a photograph of his purported penis and a pair of children's underwear. DAY stated, "Gotta be sure".

12. Later in the conversation, the UC asked DAY what DAY wanted to do with his daughter, stating "Ok cool I was asking what you wanted to do with her because I don't want any surprises with her." DAY responded, "Oh ok Oral is cool. We can work in to other stuff, the more I visit." Shortly thereafter, DAY asked the UC, "How do you keep her from saying anything to her mom? You said she's with her now... or is her mom also taboo?" The UC responded, "She knows it's a little game that's played with dad's and friends." DAY responded, "Ok cool." The UC confirmed with DAY that DAY resided in Largo, Maryland, and stated "That's not to bad of a drive is it," to which DAY responded, "Not at all."

13. During the chat on Telegram, the UC messaged DAY his telephone number. At that point, the UC received a text message from the phone number 301-466-XXXX. A portion of the chat is as follows:

DAY: "Hey! Its Mike"

UC: "Hey Mike"

DAY: "Honestly happy we became friends. Can't wait til Friday"

UC: "Yeah" "Me too"

14.     On October 9, 2025, the UC and DAY arranged to meet at 11:30AM in Washington, D.C.  The UC stated to DAY, "I was thinking you said you were in Largo? Do you think they'll be any traffic issues for you coming into DC?" to which DAY replied, "It should be fine."

15.     DAY asked the UC if other people responded to his post on the fetish website.  The UC said he wasn't comfortable with other people who responded.  DAY said, "I was gonna say no need to respond to the rest… because u found ur guy."  The UC asked DAY if he wanted to do "more than oral," and advised DAY to bring condoms if so.  DAY responded, "You think she can handle more with me," "I think it might be too much with the condom… but u kno better than me what she can handle," "I would definitely take it slow."  DAY later asked the UC, "Where should I finish when getting oral."  The UC did not respond until the morning of October 10, 2025, texting good morning to DAY.  DAY asked again, "But where do you usually finish, when playing."

16.     DAY was identified using law enforcement databases. The phone number 301-466-XXXX was associated with Marshall Day, born on July XX, 1986, in numerous law enforcement citations and databases.  According to law enforcement databases, Day currently resides at XXXXX KINGS VALLEY CT BOWIE, MD 20721.  This is consistent with KingDaddy89 indicating his location was in Maryland.  Largo, Maryland is approximately a twenty-minute drive from Bowie, Maryland.

17.     On October 10, 2025, at approximately 1:38 pm DAY arrived at the prearranged location and sat down next to the UC. The UC asked if he was 'Mike,' and DAY indicated that he was. DAY was placed under arrest at that point by members of the FBI/MPD Child Exploitation Task Force.

18.     DAY's appearance matched his driver's license photograph in the DMV database.

19. Investigators conducted a custodial interview, at which time DAY waived his Miranda rights and agreed to give a statement. During the course of the interview, he admitted that he traveled from Largo, Maryland to Washington, DC to meet with the UC. He stated that he was not sure if the UC was involved in role-playing or not, and that if there was a real 9-year-old girl, he would not do anything sexual with her.

## CONCLUSION

21. For the reasons set forth above, I submit that probable cause exists to believe that, on or about October 10, 2025, DAY committed the offense of Travel with Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b).

Respectfully submitted,

_____
Detective Bryan Mancuso
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on October 10, 2025.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge