UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARSHALL DAY,<br><br>Defendant. | Case No. 25-mj-244 |

**GOVERNMENT'S NOTICE OF DISCOVERY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery from the 1st Production, as outlined in the enclosed discovery letter.

                                        Respectfully submitted,

                                        Jeanine Ferris Pirro
                                        UNITED STATES ATTORNEY
                                        FOR THE DISTRICT OF COLUMBIA

Dated: October 17, 2025            By:    /s/ *Richard S. Kelley*
                                            Richard S. Kelley
                                            D.C. Bar No. 1026390
                                            Assistant United States Attorney
                                            United States Attorney's Office for the
                                            District of Columbia
                                            601 D Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 834-3571
                                            richard.kelley2@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C. 20530*

October 17, 2025

**VIA USAFX**

Steven R. Kiersh, Esq.
skiersh@aol.com

      Re:    Discovery Production Letter No. 1
                  *United States v. Marshall Day,* 25-mj-244

Dear Counsel:

      I am writing to memorialize the production of the following material in discovery, which was shared via USAFx in a folder titled, "US v. Marshall Day, 25-mj-244:"

**2025.10.17 - Production No. 1:**

- Phone Images (Folder)
    - PXL_20251014_125404917.jpg
    - PXL_20251014_125411256.jpg
    - PXL_20251014_125825072.jpg
    - PXL_20251014_130928031.jpg
    - PXL_20251014_130952892.jpg
- Defendant Interview
    - 1D1 (Marshall Holding)
        - WF-FO-202510101-WF_FO_GO38B-Marshall_Day.mp4
        - WF-FO-202510101-WF_FO_GO38B-Marshall_Day.pdf
    - 1D2 (Marshall Interview - Recorder)
        - 250903_0004.MP3
- Designated Sensitive Documents (folder)
    - Recorded call.m4a
    - Telegram (Folder)
        - Telegram profile.JPG
        - Telegram Chat Messages_Redacted.pdf (8 pages)
    - Fet Chat (Folder)

- Fet Chat.mp4
- IMG_0674-75_Redacted.pdf (2 pages)
  - Apple_A3.2025-10-13.18-54-22
    - Final Chat Report_redacted (72 pages)
  - CCN 25154588 (folder)
    - 1_Case Jacket - Case _ 25154588.pdf (2 pages)
    - 2_Gerstein USAO - 25154588 Arrest_ _002527138_ MARSHALL SAUNDER DAY.pdf (3 pages)
    - 3_Report Packet - 25154588 Case Review  1_ Lieutenant Case Review.pdf (1 page)
    - 4_Gerstein OAG - 25154588 Arrest_ _002527138_ MARSHALL SAUNDER DAY.pdf (3 pages)
    - 5_Report Packet - 25154588 AFIS FBI Livescan Response_ 25154588-1.pdf (1 page)
    - 6_Report Packet - 25154588 Offense_Incident_ Travel With The Intent To Engage In Illicit Sexual Co.pdf (2 pages)
    - 7_Report Packet - 25154588 Arrest_ _002527138_ MARSHALL SAUNDER DAY.pdf (4 pages)
    - 8_Public Packet - 25154588 Offense_Incident_ Travel With The Intent To Engage In Illicit Sexual Co.pdf (1 page)
    - 9_Cover Sheet - 25154588 Offense_Incident_ Travel With The Intent To Engage In Illicit Sexual Cond.pdf (1 page)
    - 10_Report Packet - 25154588 AFIS FBI Livescan Response_ 25154588-2.pdf (1 page)
    - 11_Report Packet - 25154588 Case Note 1_ Case disposition.pdf (1 page)

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

Should you have any questions about these materials, please do not hesitate to contact me.

Sincerely,

*/s/ Richard Kelley*
Richard Kelley
Assistant United States Attorney
Phone: (202) 834-3571
E-mail: richard.kelley@usdoj.gov